

# Fourth Court of Appeals
## San Antonio, Texas

December 18, 2024

No. 04-24-00590-CR

Serena Michelle **JOSEPH**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2023CR11216
Honorable Ron Rangel, Judge Presiding

**ORDER**

In accordance with this court's memorandum opinion of this date, the appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on December 18, 2024.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of December, 2024.

_____
Luz Estrada, Chief Deputy Clerk